FILED

JAN 3 0 2007

RICHARD W. WIEKING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>NOOR MOHAMMAD,<br><br>    Defendant. | )  No. CR 04-0292 PJH<br>)<br>)<br>)  [PROPOSED] ORDER<br>)  PERMITTING TRAVEL<br>)<br>)<br>)<br>)<br>) |

GOOD CAUSING APPEARING, IT IS HEREBY ORDERED that defendant Noor Mohammad may travel from the Northern District of California to Pakistan, on January 31, 2007, returning to the Northern District of California on or before March 2, 2007, for the purpose of visiting with his family and assisting with the obtaining of immigration visas.

It is further ordered that defendant's probation period be extended by 30 days in order to account for his travel.

IT IS SO ORDERED.

Dated: 1/30/07

JUDGE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT

[Proposed] Order Permitting Travel
(No.CR 04-0292 PJH)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

NOOR MOHAMMAD,

        Defendant.
        /

Case Number: CR04-00292 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy J. Lucey
U. S. Attorney's Office
450 Golden Gate Ave
San Francisco, CA 94102

William L. Osterhoudt
Law Office of William L. Osterhoudt
135 Belvedere Street
San Francisco, CA 94117

U.S. Probation

U.S. Marshal

Dated: January 30, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk